| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Aycock, Sharion | U. S. District Court, Northern Mississippi | 05/12/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT COURT JUDGE | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

301 W. Commerce Street, Rm 321
P O Box 847
Aberdeen, MS 39730-0847

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE | TRUST # 3 |
| 2. PRESIDENT | RICHARDSON DEVELOPMENT CO INC |
| 3. DIRECTOR | RICHARDSON DEVELOPMENT CO INC |
| 4. DIRECTOR | DARRELL HARP ENTERPRISES INC |
| 5. DIRECTOR | TREMONT DEVELOPMENT CO INC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1984 | MS PERS RETIREMENT ACCOUNT |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 05/12/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Darrell Harp Enterprises, Inc. - Wages | $4,585.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Travelers 401k Savings Plan - Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 05/12/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. FEDERAL LAND BANK | NOTE ON PROPERTY 1 | L |
| 2. BANCORPSOUTH BANK | NOTE ON PROPERTY 4 | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANCORPSOUTH COMMON STOCK | A | Dividend | J | T | | | | | |
| 2. DARRELL HARP ENT INC | B | Dividend | N | U | | | | | |
| 3. 4A INVESTMENT CO | B | Interest | L | T | | | | | |
| 4. PROPERTY 1, Calhoun Co, MS | A | Interest | L | W | | | | | |
| 5. MS DEFERRED COMP COMPENSATION CO | B | Interest | L | T | | | | | |
| 6. DRUG STORE RENTAL-A/C, Red Bay, ITAWAMBA Franklin, AL | D | Interest | L | W | | | | | |
| 7. Large Cap Equity-Class A and Mid Cap Equity-Class A | A | Dividend | J | T | | | | | |
| 8. MET-LIFE Policyholder Trust | A | Dividend | K | T | | | | | |
| 9. IRA #1 | | None | | | | | | | |
| 10. -Capital World G & I Fund, American Funds-SA | A | Dividend | J | T | Buy (add'l) | 12/19/11 | J | | |
| 11. -American Balanced Fund, American Funds-SA | A | Dividend | K | T | Buy (add'l) | 12/27/11 | J | | |
| 12. -Growth Fund of America, Americanfunds | A | Dividend | K | T | Buy (add'l) | 12/21/11 | J | | |
| 13. -New World Fund, American Funds | A | Dividend | J | T | Buy (add'l) | 12/28/11 | J | | |
| 14. Brokerage account #1 | | None | | | | | | | |
| 15. -CAPITAL INC BUILDER FUND-RA | A | Dividend | K | T | Buy (add'l) | 12/21/11 | J | | |
| 16. -CAPITAL WORLD GROWTH AND INC FURARA | A | Dividend | J | T | Buy (add'l) | 12/19/11 | J | | |
| 17. -FUNDAMENTAL INVESTORS FUND-RA | A | Dividend | J | T | Buy (add'l) | 12/16/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -GROWTH FUND OF AMERICA-RA | A | Dividend | J | T | Buy (add'l) | 12/21/11 | J | | |
| 19. -Europacific Growth Fund CL A | A | Dividend | J | T | Buy (add'l) | 12/28/11 | J | | |
| 20. -BancorpSouth Cap TR 8.15% | B | Interest | K | T | | | | | |
| 21. -Apple Inc | A | Dividend | J | T | Buy | 02/23/11 | J | | |
| 22. -AT&T | A | Dividend | K | T | Buy | 12/15/11 | K | | |
| 23. -Duke Energy Corp | A | Dividend | J | T | Buy | 12/15/11 | J | | |
| 24. - Ford Motor Company | B | Dividend | J | T | | | | | |
| 25. -Phillip Morris Intl Inc | A | Dividend | J | T | Buy | 12/15/11 | J | | |
| 26. -Royal Dutch Shell | A | Dividend | J | T | Buy | 12/28/11 | J | | |
| 27. -Suncor CDA Inc New | A | Dividend | J | T | Buy | 02/23/11 | J | | |
| 28. -Metlife Inc PFD Ser B 6.5% | A | Interest | J | T | Buy | 12/15/11 | J | | |
| 29. TRUSTMARK CERTIFICATE OF DEPOSIT-SA | A | Interest | J | T | | | | | |
| 30. BANCORPSOUTH CHECKING AC | | None | J | T | | | | | |
| 31. SOUTHERN FARM BUREAU | A | Interest | J | T | | | | | |
| 32. ST PAUL COMMON STOCK FUND (Y) | | | | | | | | | |
| 33. Travelers common stock - RA | A | Dividend | K | T | | | | | |
| 34. COMMUNITY SPIRIT-DRUG STORE RENTALS-CD | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. RICHARDSON DEV CO ACCOUNT RECEIVABLE | A | Interest | L | T | | | | | |
| 36. FEDERAL LAND BANK | A | Interest | J | T | | | | | |
| 37. COMMUNITY SPIRIT MONEY MARKET | A | Interest | J | T | | | | | |
| 38. TREMONT DEV CO | A | Distribution | J | T | | | | | |
| 39. PROPERTY 3, Itawamba Co, MS | A | Rent | L | W | | | | | |
| 40. PROPERTY 4, Itawamba Co. MS | E | Rent | M | W | | | | | |
| 41. PROPERTY 2, Itawamba Co, MS | A | Rent | M | W | | | | | |
| 42. FARM, TREMONT, MS | B | Rent | M | W | | | | | |
| 43. LOT IN TUPELO, MS | | None | K | W | | | | | |
| 44. PROPERTY, TREMONT, MS | | None | J | W | | | | | |
| 45. LOT, FULTON, MS | | None | J | W | | | | | |
| 46. FARM, BALDWYN, MS | B | Rent | K | W | | | | | |
| 47. T'mark CD/Jefferson Pilot Life, Trust 3 | C | Int./Div. | N | T | | | | | |
| 48. BANK OF WALKER COUNTY STOCK- | A | Dividend | K | T | | | | | |
| 49. TRUSTMARK SAVINGS A/C-DHJ/ | A | Dividend | L | T | | | | | |
| 50. SHOP/OFFICE BUILDING, Fulton, Itawamba, MS | A | Rent | L | U | | | | | |
| 51. Brokerage Account #2 - | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Edward Jones Money Market | A | Interest | J | T | | | | | |
| 53. -American Balanced Fund, American Funds- | A | Dividend | K | T | Buy (add'l) | 12/27/11 | J | | |
| 54. -MS DEV BK SPL OBLG SOUTHHAVEN WTR SWR SYS PROJECT | A | Interest | L | T | | | | | |
| 55. IRA #2 - | | | | | | | | | |
| 56. -Capital Income Builders, American Funds- | A | Dividend | K | T | Buy (add'l) | 12/21/11 | J | | |
| 57. -Income Fund of America, American Funds- | A | Dividend | K | T | Buy (add'l) | 12/27/11 | J | | |
| 58. -Capital World G & I Income Fund, American Funds | A | Dividend | K | T | Buy (add'l) | 12/19/11 | J | | |
| 59. -New Perspective Fund, American Funds- | A | Dividend | K | T | Buy (add'l) | 12/28/11 | J | | |
| 60. -Growth Fund of America- | A | Dividend | K | T | Buy (add'l) | 12/21/11 | J | | |
| 61. -Investment Company of America | A | Dividend | K | T | Buy (add'l) | 12/27/11 | J | | |
| 62. 401K Plan- | | | | | | | | | |
| 63. -Travelers common | A | Dividend | | | Sold | 08/26/11 | L | | |
| 64. -Travelers preferred | A | Dividend | | | Sold | 08/26/11 | K | | |
| 65. -AF Growth of America R5 | A | Dividend | K | T | Sold (part) | 04/01/11 | J | | |
| 66. -ABF Lg Cap Val Inst | A | Dividend | K | T | Sold (part) | 1/14/11 | J | | |
| 67. -NB Genesis-Inst CL | C | Dividend | M | T | Buy (add'l) | 08/26/11 | L | | |
| 68. -FID Diviersified Intl K | A | Dividend | | | Merged (with line 71) | 01/01/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -FID Puritan K | C | Dividend | L | T | Sold (part) | 12/16/11 | K | | |
| 70. -Fidelity US BD Index | A | Dividend | | | Merged (with line 72) | 01/01/11 | J | | |
| 71. -Thornburg Int VAL (formerly Diversified Intl K | A | Dividend | K | T | Sold (part) | 01/14/11 | K | | |
| 72. -Vanguard TOT BD | A | Dividend | K | T | Sold (part) | 01/14/11 | K | | |
| 73. Trustmark CD-MRH- Land Account | A | Interest | K | T | | | | | |
| 74. Trust # 3 - Harp Irrevocable Trust Account, Trustmark Bank | A | Interest | J | T | | | | | |
| 75. Brokerage account #3 - Monthly Ret ac | | | | | | | | | |
| 76. -American Balanced Fund | A | Dividend | J | T | Sold (part) | 12/08/11 | J | | |
| 77. -EdwardJones money market | A | Interest | J | T | Sold (part) | 12/13/11 | K | | |
| 78. Dreyfus Muni Bond Opportunity Fund- (X) | A | Dividend | | | Sold | 12/09/11 | K | A | |
| 79. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 05/12/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sharion Aycock**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

f

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544